**2013–1816.  Hopper v. State.**

In Habeas Corpus. On petition for writ of habeas corpus of David S. Hopper. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1847.  El Bey v. Columbus Police Dept.**

In Mandamus and Prohibition. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1849.  Paige v. Ohio High School Athletic Assn.**

Hamilton App. No. C–130024, 2013-Ohio-4713. On review of order certifying a conflict. The court determines that no conflict exists. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1866.  State ex rel. Bates v. Ellwood.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1881.  Brown v. Barrett.**

In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1893.  State ex rel. Griffin v. Sheldon.**

In Habeas Corpus. On petition for writ of habeas corpus of Mark Griffin Sr. Sua sponte, cause dismissed. On request for oral argument. Request denied.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1896.  State ex rel. Curley v. Ninth Dist. Court of Appeals.**

On motion to dismiss. Motion granted. Cause dismissed.

PFEIFER, Acting C.J., and O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur. O'CONNOR, C.J., not participating.

**2013–1899.  State ex rel. Griffin v. Cocroft.**

In Procedendo. On motions to amend complaint. Motions denied. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1908.  State ex rel. Snead v. Ferenc.**

In Mandamus and Prohibition. On motion to strike and motion for leave to amend complaint. Motions denied. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1920.  Williams v. Mackey.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1926.  Harper v. Padden.**

In Mandamus. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.